# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL NO. 3:17-MJ-318-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RODOLFO GODOY ZARAGOZA, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's "Unopposed Motion to Provide Eyeglasses" (document # 62) filed September 15, 2017. Following chambers staff consulting with the United States Marshal, Defendant's Motion is GRANTED as follows:

Defendant shall make a sick call appointment with the jail medical facility for a vision test. If jail medical personnel determine that Defendant meets the criteria for prescription eyeglasses, they shall submit a Prisoner Medical Request to the U.S. Marshal. The Marshal shall then submit the Request to the Office of Interagency Medical Services for approval.

**SO ORDERED**.

Signed: September 18, 2017

David S. Cayer
United States Magistrate Judge